UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMISON STIRILING, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:12CV2279 JCH |
| ST. LOUIS COUNTY POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiffs have failed to comply with the Court's Order dated December 13, 2012, in which the Court directed plaintiffs to submit an amended complaint or face dismissal of this action. As a result, the Court will dismiss this action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' complaint is **DISMISSED** without prejudice.

Dated this 22nd day of January, 2013.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE